**U. S. TRUST & GUARANTY CO.**

v.

**LATEX CONST. CO. et al.**

**U. S. TRUST & GUARANTY CO.**

v.

**TELLEPSEN CONST. CO. et al.**

Nos. 12728, 12729.

Court of Civil Appeals of Texas.

Galveston.

May 27, 1954.

Donald Carroll, Houston, Phenix, Reeves & Oubre, James N. Phenix, Waco, for U. S. Trust & Guaranty Co.

Andrews, Kurth, Campbell & Bradley, C. F. Morse, Houston, for Latex Const. Co.

Vinson, Elkins, Weems & Searls, Tarlton Morrow, Houston, for Tellepsen Const. Co.

## PER CURIAM.

It being made to appear to the Court that the trial court refused to hear evidence upon the allegations made by the plaintiff in his suit for injunctive relief in each of these causes, the causes are therefore remanded to that court for further proceedings.

Reversed and remanded.